People of State of Illinois, Plaintiff-Defendant in Error, v. Fay Cumby, Defendant-Plaintiff in Error.

Gen. No. 9,844.

J. W. Templeman, for plaintiff in error; George P. Coutrakon, State's Attorney, for defendant in error; Robert B. Oxtoby, Pearson R. Crosby, and Raymond L. Terrell, Assistant State's Attorneys, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full. Opinion filed November 5, 1952; released for publication December 2, 1952.